# EXHIBIT B

| | |
|---|---|
| **From:** | John Reckenbeil <john@johnreckenbeillaw.com> |
| **Sent:** | Monday, August 29, 2022 1:34 PM |
| **To:** | Nelson, Luci L. |
| **Cc:** | Keri Armstrong; Cuttino, Ashley P. |
| **Subject:** | Re: Shannon Kneece - Arbitration Agreement |

[Caution: Email received from external source]

Luci,

As looking right now, my client is still adamant she did not ensign, nor ever rec'd Arbitration Agreement.

Thus I'm going have to contest the mandatory arbitration agreement.

Is it....You all will move for the arbitration and then I'll have to file in opposition?

John

John G. Reckenbeil, Esq.

LAW OFFICE OF JOHN G. RECKENBEIL, LLC

Physical Address:

114 Renaissance Circle

Mauldin, SC 29662

Mailing Address:

P.O. Box 314

Mauldin, SC 29662

1

Phone (864) 248-0436

Fax (864) 326-5940

Website: www.johnreckenbeillaw.com

**CONFIDENTIALITY NOTICE:** This e-mail message is intended only for the personal and confidential use of the designated recipient(s) named above and may contain work product and/or attorney-client information, which is privileged, confidential or otherwise exempt from disclosure under applicable law. If you are not a named recipient, **YOU ARE HEREBY NOTIFIED** that any review, dissemination, distribution, disclosure or copying of this message and/or attachments is **STRICTLY PROHIBITED**. If you have received this e-mail message in error, please notify us immediately at the telephone number listed above to arrange for the return and/or deletion of the original message. Thank you for your cooperation.

On Mon, Aug 29, 2022 at 10:43 AM Nelson, Luci L. <luci.nelson@ogletree.com> wrote:

Thank you, John. Will you please let me know whether Ms. Kneece will consent to the arbitration or whether we need to start putting together the motion to compel?

Thank you.

**Luci L. Nelson | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
The Ogletree Building, 300 North Main Street, Suite 500 | Greenville, SC 29601 | Telephone: 864-271-1300 | Mobile: 864-430-5907
luci.nelson@ogletreedeakins.com | www.ogletree.com | Bio

**From:** John Reckenbeil <john@johnreckenbeillaw.com>
**Sent:** Thursday, August 25, 2022 10:17 AM
**To:** Nelson, Luci L. <Luci.Nelson@OgletreeDeakins.com>
**Cc:** Keri Armstrong <keri@johnreckenbeillaw.com>; Cuttino, Ashley P. <Ashley.Cuttino@ogletreedeakins.com>
**Subject:** Re: Shannon Kneece - Arbitration Agreement

2

*[Caution: Email received from external source]*

Luci,

I added my S/ name to the bottom. I think this is what you needed me to do...

If I screwed it up, delete what I did.

You all have my permission to file and the extension request.

John

> John G. Reckenbeil, Esq.
>
> LAW OFFICE OF JOHN G. RECKENBEIL, LLC
>
> <u>Physical Address</u>:
>
> 114 Renaissance Circle
>
> Mauldin, SC 29662
>
> <u>Mailing Address</u>:
>
> P.O. Box 314

Mauldin, SC 29662

Phone (864) 248-0436

Fax (864) 326-5940

Website: www.johnreckenbeillaw.com

**CONFIDENTIALITY NOTICE:** This e-mail message is intended only for the personal and confidential use of the designated recipient(s) named above and may contain work product and/or attorney-client information, which is privileged, confidential or otherwise exempt from disclosure under applicable law. If you are not a named recipient, **YOU ARE HEREBY NOTIFIED** that any review, dissemination, distribution, disclosure or copying of this message and/or attachments is **STRICTLY PROHIBITED**. If you have received this e-mail message in error, please notify us immediately at the telephone number listed above to arrange for the return and/or deletion of the original message. Thank you for your cooperation.

On Thu, Aug 25, 2022 at 9:57 AM Nelson, Luci L. <luci.nelson@ogletree.com> wrote:

> Thank you. Please see the attached proposed motion and order. If this meets with John's approval, we will s/ and file today.
>
> **Luci L. Nelson | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
> The Ogletree Building, 300 North Main Street, Suite 500 | Greenville, SC 29601 | Telephone: 864-271-1300 | Mobile: 864-430-5907
> luci.nelson@ogletreedeakins.com | www.ogletree.com | Bio
>
>
> **From:** Keri Armstrong <keri@johnreckenbeillaw.com>
> **Sent:** Thursday, August 25, 2022 9:53 AM
> **To:** Nelson, Luci L. <Luci.Nelson@OgletreeDeakins.com>
> **Cc:** John Reckenbeil <john@johnreckenbeillaw.com>; Cuttino, Ashley P. <Ashley.Cuttino@ogletreedeakins.com>
> **Subject:** Re: Shannon Kneece - Arbitration Agreement

4

*[Caution: Email received from external source]*

Hi Luci,

John says the extension is fine. Thanks!

    Keri E. Armstrong

    Paralegal to John G. Reckenbeil, Esq.

    LAW OFFICE OF JOHN G. RECKENBEIL, LLC

    <u>Physical Address</u>:

    114 Renaissance Circle

    Mauldin, SC 29662

    <u>Mailing Address</u>:

    P.O. Box 314

    Mauldin, SC 29662

    Phone (864) 248-0436

    Fax (864) 326-5940

    Website: www.johnreckenbeillaw.com

**CONFIDENTIALITY NOTICE:** This e-mail message is intended only for the personal and confidential use of the designated recipient(s) named above and may contain work product and/or attorney-client information, which is privileged, confidential or otherwise exempt from disclosure under applicable law. If you are not a named recipient, **YOU ARE HEREBY NOTIFIED** that any review, dissemination, distribution, disclosure or copying of this message and/or attachments is **STRICTLY PROHIBITED**. If you have received this e-mail message in error, please notify us immediately at the telephone number listed above to arrange for the return and/or deletion of the original message. Thank you for your cooperation.

On Wed, Aug 24, 2022 at 4:53 PM Nelson, Luci L. <luci.nelson@ogletree.com> wrote:

Hi, John.

Following up on the below. I would like to go ahead and file a motion for extension of time on our responsive pleading deadline, seeking 3 additional weeks, until September 16th, while we work through this arbitration agreement issue. Would you be amenable to such a motion? If so, I'll go ahead and draft it, as well as a proposed order, for your review.

Thank you.

**Luci L. Nelson | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
The Ogletree Building, 300 North Main Street, Suite 500 | Greenville, SC 29601 | Telephone: 864-271-1300 | Mobile: 864-430-5907
luci.nelson@ogletreedeakins.com | www.ogletree.com | Bio

**From:** Nelson, Luci L.
**Sent:** Wednesday, August 24, 2022 10:33 AM
**To:** John Reckenbeil <john@johnreckenbeillaw.com>
**Cc:** Cuttino, Ashley P. <Ashley.Cuttino@ogletreedeakins.com>
**Subject:** RE: Shannon Kneece - Arbitration Agreement

Hi, John.  As requested, here is a screenshot of the email telling Ms. Kneece to log into the portal to start the onboarding process (a part of which was the acknowledgement of the arbitration agreement).

At this point, our answer/motion is due on Friday, 8/26.  Please let me know if you will voluntarily consent to transferring the matter to arbitration, as I will need to file something with the court on or before Friday (even if it is just a request for an extension of time at this point).

Thank you.



**Luci L. Nelson | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
The Ogletree Building, 300 North Main Street, Suite 500 | Greenville, SC 29601 | Telephone: 864-271-1300 | Mobile: 864-430-5907
luci.nelson@ogletreedeakins.com | www.ogletree.com | Bio

**From:** John Reckenbeil <john@johnreckenbeillaw.com>
**Sent:** Tuesday, August 16, 2022 4:42 PM
**To:** Nelson, Luci L. <Luci.Nelson@OgletreeDeakins.com>
**Subject:** Re: Shannon Kneece - Arbitration Agreement

[Caution: Email received from external source]

so sorry my phones are hooked to internet and internet went out.  Been having real problem with Internet the last couple weeks.

Just get me what you can on out going email we discussed

   John G. Reckenbeil, Esq.

LAW OFFICE OF JOHN G. RECKENBEIL, LLC

Physical Address:

114 Renaissance Circle

Mauldin, SC 29662

Mailing Address:

P.O. Box 314

8

Mauldin, SC 29662

Phone (864) 248-0436

Fax (864) 326-5940

Website: www.johnreckenbeillaw.com

**CONFIDENTIALITY NOTICE:** This e-mail message is intended only for the personal and confidential use of the designated recipient(s) named above and may contain work product and/or attorney-client information, which is privileged, confidential or otherwise exempt from disclosure under applicable law.  If you are not a named recipient, **YOU ARE HEREBY NOTIFIED** that any review, dissemination, distribution, disclosure or copying of this message and/or attachments is **STRICTLY PROHIBITED**.  If you have received this e-mail message in error, please notify us immediately at the telephone number listed above to arrange for the return and/or deletion of the original message.  Thank you for your cooperation.

On Tue, Aug 16, 2022 at 3:24 PM Nelson, Luci L. <luci.nelson@ogletree.com> wrote:

> John,
>
> As requested, here is a screenshot of the computer program in which Ms. Kneece received and accepted the arbitration agreement.



**Luci L. Nelson | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
The Ogletree Building, 300 North Main Street, Suite 500 | Greenville, SC 29601 | Telephone: 864-271-1300 | Mobile: 864-430-5907
luci.nelson@ogletreedeakins.com | www.ogletree.com | Bio

10

**From:** John Reckenbeil <john@johnreckenbeillaw.com>
**Sent:** Wednesday, August 10, 2022 3:26 PM
**To:** Nelson, Luci L. <Luci.Nelson@OgletreeDeakins.com>; Keri Armstrong <keri@johnreckenbeillaw.com>
**Cc:** Cuttino, Ashley P. <Ashley.Cuttino@ogletreedeakins.com>
**Subject:** Re: Shannon Kneece - Arbitration Agreement

*[Caution: Email received from external source]*

Luci,

Do you all have a copy of the email and/or the computer program in which Syneos would have sent Ms. Kneece the Arbitration Agreement March 9th 2021?

John

John G. Reckenbeil, Esq.

LAW OFFICE OF JOHN G. RECKENBEIL, LLC

Physical Address:

114 Renaissance Circle

Mauldin, SC 29662

Mailing Address:

P.O. Box 314


Mauldin, SC 29662

Phone (864) 248-0436

Fax (864) 326-5940

Website: www.johnreckenbeillaw.com

**CONFIDENTIALITY NOTICE:** This e-mail message is intended only for the personal and confidential use of the designated recipient(s) named above and may contain work product and/or attorney-client information, which is privileged, confidential or otherwise exempt from disclosure under applicable law. If you are not a named recipient, **YOU ARE HEREBY NOTIFIED** that any review, dissemination, distribution, disclosure or copying of this message and/or attachments is **STRICTLY PROHIBITED**. If you have received this e-mail message in error, please notify us immediately at the telephone number listed above to arrange for the return and/or deletion of the original message. Thank you for your cooperation.

On Mon, Aug 1, 2022 at 2:37 PM Nelson, Luci L. <luci.nelson@ogletree.com> wrote:

John,

Good afternoon. I am working with Ashley Cuttino on the Shannon Kneece v. Syneos Health matter. As requested, attached for your consideration is the arbitration agreement signed by Ms. Kneece.

I look forward to working with you on this case.

**Luci L. Nelson | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
The Ogletree Building, 300 North Main Street, Suite 500 | Greenville, SC 29601 | Telephone: 864-271-1300 | Mobile: 864-430-5907
luci.nelson@ogletreedeakins.com | www.ogletree.com | Bio